UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>JOHNATHAN THORNOCK,<br><br>     Defendant. | 2:21-PO-5002-KLD<br>Ticket Number: F4903670<br>Location Code: M4B<br>Disposition Code: PE<br><br>JUDGMENT IN A CRIMINAL CASE |

  The Defendant, Johnathan Thornock, entered a plea of guilty to the charge of: FOOD STORAGE VIOLATION.

  The court imposes the following sentence pursuant to the Sentencing Reform Act of 1984:

    1.  Defendant must pay a fine in the amount of $190.00 plus $40.00 Special Assessment and Fees for FOOD STORAGE VIOLATION for a total of $230.00.  Defendant must pay by check or money order payable to "U.S. COURTS ─ CVB" and mailed to CENTRAL VIOLATIONS BUREAU, P.O. Box 780549 San Antonio, TX 78278.  Defendant may also pay online at www.cvb.uscourts.gov.  The fine shall be paid as follows: $25.00 per month. A partial payment of $25.00 has been made, leaving a balance due of $205.00.

  Defendant is advised that pursuant to 18 U.S.C. § 3742(g) and Federal Rule of Criminal Procedure 58(g)(2)(B), Defendant has the right to appeal the sentence

imposed in this case to a United States District Court Judge within fourteen (14) days after entry of judgment, by filing with the Clerk of District Court a statement specifying the judgment from which the appeal is taken, and by serving a copy of the statement upon the United States Attorney (personally or by mail) and filing a copy with Magistrate Kathleen L. Desoto.  If you appeal, you will be required to pay a $38 fee pursuant to 28 U.S.C. § 1914, Fee Schedule, subsection (10) at the time of filing your appeal.  You also will be required to furnish the District Court Judge a copy of the record, which consists of the "original papers and exhibits in the case together with any transcript, tape or other recording of the proceedings and a certified copy of the docket entries which shall be transmitted promptly to the clerk of court."  Fed. R. Crim. P. 58(g)(2)(c).

Date of Imposition of Judgment: December 4, 2021.

2/25/2021
Date Signed

KATHLEEN L. DESOTO
United States Magistrate Judge